11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Cathy Lynn Boyd,                                    * From the 39th District
                                                            Court of Haskell County,
                                                            Trial Court No. 6540.

Vs. No. 11-12-00252-CR                          * August 15, 2013

The State of Texas,                                  * Opinion by Willson, J.
                                                            (Panel consists of: Wright, C.J.,
                                                            McCall, J., and Willson, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.